No. 77–1293. PETERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–1310. RICCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1321. PALUMBO ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–1331. NATIONAL CITIZENS COMMITTEE FOR BROADCASTING v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1338. MUMMERT v. UNITED STATES; and
No. 77–6384. REYNOSO-ULLOA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1429. ANTILL v. SIGMAN. Sup. Ct. Ga. Certiorari denied.

No. 77–1431. FRINK v. FRINK. Super. Ct. N. J. Certiorari denied.

No. 77–1434. ST. LOUIS-SAN FRANCISCO RAILWAY CO. v. GRIFFITH. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 77–1436. SETCHELL v. ANOKA COUNTY, MINNESOTA, SHERIFF'S CIVIL SERVICE COMMISSION. Sup. Ct. Minn. Certiorari denied.

No. 77–1437. PELTZ v. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.